IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JENNIFER ROBERTS, individually and on behalf of her minor children, T.F., E.F., and A.F., <br><br> Plaintiffs, <br><br> vs. <br><br> DONALD BELL, LAKE COUNTY, and DOES 1-10, <br><br> Defendants. | CV 17-65-M-DLC <br><br> ORDER |

Pursuant to the Stipulated Motion to Dismiss (Doc. 21),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot.

Dated this 29th day of January, 2018.

Dana L. Christensen, Chief Judge
United States District Court